C. L. HINSON v. GEORGE H. DUVAL ET EX.

(Filed 13 October, 1926.) .

APPEAL by plaintiff from *Bond, J.,* at February Term, 1926, of LENOIR.

Civil action for damages brought by plaintiff husband against his wife's parents for alienating the affections of his wife and causing her to desert him.

From a verdict and judgment in favor of defendants, the plaintiff appeals, assigning errors.

*Shaw, Jones & Jones for plaintiff.*
*Rouse & Rouse for defendants.*

PER CURIAM. The record contains several exceptions which were the subject of earnest debate before us, and while they are not altogether free from difficulty, a careful perusal of the entire record leaves us with the impression that no sufficient evidence, competent to fix the defend-

ants with liability, was offered on the hearing of the cause. In this view of the case, we deem it unnecessary to discuss the assignments of error.

The verdict and judgment will be upheld.

No error.